# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00547-CV

**In re Rockstar Remodeling and Diamond Decks, LLC; and Donald M. Ferguson a/k/a Donnie M. Ferguson**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### O R D E R

**PER CURIAM**

Relators Rockstar Remodeling and Diamond Decks, LLC and Donald M. Ferguson a/k/a Donnie M. Ferguson have filed a petition for writ of mandamus and emergency motion to stay the underlying proceedings. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion in part and temporarily stay the trial court's August 26, 2022 order pending further order of this Court to the extent that the trial court ordered relators to provide access to electronic devices for forensic examination or to produce documents and electronic data that are not in relators' possession, control, or custody. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before September 12, 2022.

It is ordered on September 7, 2022.

Before Justices Goodwin, Baker, and Kelly